**Daniel M. Katzner (DK9689)**
**The Law Offices of Daniel M. Katzner, P.C.**
**1025 Longwood Avenue**
**Bronx, NY 10459**
**Tel.: (718) 589-3999; Fax.: (718) 589-3958**
**danielkatzner@yahoo.com**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

In re:

**AHAMAD AZIZ**

Case No. 10-16696 (SCC)
(Chapter 13)

Debtors

-----------------------------------------------------------X

## ORDER EXTENDING LOSS MITIGATION PERIOD AND ADJOURNING STATUS CONFERENCE AND CONFIRMATION HEARING

It appearing that the above Debtor AHAMAD AZIZ has requested Loss Mitigation; and it further appearing that an order was entered by this Court on or about March 29, 2011 granting such request; and it further appearing that the parties have been cooperating with respect to the Loss Mitigation request; and it further appearing that the parties, through their counsel, have agreed to adjourn the Status Conference and Confirmation Hearing originally scheduled for May 5, 2011 and for good cause appearing therefore, it is hereby

**ORDERED,** that the Loss Mitigation period shall be extended to June 16, 2011; and it is further

**ORDERED,** that the Confirmation Hearing and Status Conference will now be held on June 16, 2011 at 10:00 a.m.

DATED:  New York, New York
        April 11, 2011

/s/ Shelley C. Chapman
_____
Honorable Shelley C. Chapman
United States Bankruptcy Judge