LAW OFFICES
## McCABE, WEISBERG & CONWAY, P.C.
SUITE 499
145 HUGUENOT STREET
NEW ROCHELLE, NY 10801
(914)-636-8900
FAX (914)-636-8901
Also servicing Connecticut

TERRENCE J. McCABE ···
MARC S. WEISBERG ··
EDWARD D. CONWAY ··
MARGARET GAIRO ··
LISA L. WALLACE +†
DEBORAH K. CURRAN ±·
LAURA H.G. O'SULLIVAN ±·
GAYL C. SPIVAK =·
ANDREW L. MARKOWITZ ··
HEIDI R. SPIVAK ·
SCOTT T. TAGGART ·
MARISA J. COHEN ·
JASON BROOKS †
ERIN M. BRADY ··
KEVIN T. McQUAIL ·
ALEXANDRA T. GARCIA ·
CORRIN DEMENT ᴧ
ABBY K. MOYNIHAN ⁓
CATHERINE WELKER '·'
ANTOINETTE N. MOORE ⁓
CHRISTINE GRAHAM ·
MELISSA A. SPOSATO ᴧ
HEATHER WEJNERT ·
DEBRA A. STUMP ⩾
RICHARD J. SUZOR, JR ·

SUITE 2080
123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109
(215) 790-1010
FAX (215) 790-1274

SUITE 303
216 HADDON AVENUE
WESTMONT, NJ 08108
(856) 858-7080
FAX (856) 858-7020

SUITE 100
8101 SANDY SPRING ROAD
LAUREL, MD 20707
(301) 490-1196
FAX (301) 490-1568
Also servicing The District of Columbia
and Virginia

See www.mwc-law.com for licensing key.

April 14, 2011

Via ECF & Email

danielkatzner@yahoo.com

  Re: In re Ahamad Aziz
    Petition No. 10-16696

Dear Mr. Katzner:

  I represent America's Servicing Company as Authorized Servicing Agent for U.S. Bank National Association, as successor Trustee to Bank of America, National Association, (successor by merger to LaSalle Bank National Association) as Trustee for Morgan Stanley Mortgage Loan Trust 2006-7. In accordance with your clients request for Loss Mitigation filed on March 6, 2011 below is my clients contact information.

Leticia Padilla-Morales
Bankruptcy Loss Mitigation
Wells Fargo Home Mortgage
3480 Stateview Boulevard
2nd Floor
Fort Mill, SC 29715
Direct: 803-835-9051
Fax: 877-677-7749
Email: leticia.M.Padilla-morales@wellsfargo.com

*This is a communication from a debt collector.*
*This letter may be an attempt to collect a debt and any information obtained will be used for that purpose.*

If you should have any questions, please do not hesitate to contact me.

Sincerely,

Jason E. Brooks, Esq.