LAW OFFICES
# McCABE, WEISBERG & CONWAY, P.C.

TERRENCE J. McCABE ***
MARC S. WEISBERG **
EDWARD D. CONWAY *'
MARGARET GAIRO '*'
LISA L. WALLACE *†
DEBORAH K. CURRAN ‡*
LAURA H.G. O'SULLIVAN ‡*
GAYL C. SPIVAK =*
ANDREW L. MARKOWITZ '*'
HEIDI R. SPIVAK *
SCOTT T. TAGGART *
MARISA J. COHEN *
JASON BROOKS †
ERIN M. BRADY **
KEVIN T. McQUAIL *
ALEXANDRA T. GARCIA *
CORRIN DEMENT ᴧ
ABBY K. MOYNIHAN **
CATHERINE WELKER '*'
ANTOINETTE N. MOORE **
CHRISTINE GRAHAM *
MELISSA A. SPOSATO ^
HEATHER WEJNERT *

See www.mwc-law.com for licensing key.

SUITE 499
145 HUGUENOT STREET
NEW ROCHELLE, NY 10801
(914)-636-8900
FAX (914)-636-8901
Also servicing Connecticut

SUITE 2080
123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109
(215) 790-1010
FAX (215) 790-1274

SUITE 303
216 HADDON AVENUE
WESTMONT, NJ 08108
(856) 858-7080
FAX (856) 858-7020

SUITE 100
8101 SANDY SPRING ROAD
LAUREL, MD 20707
(301) 490-1196
FAX (301) 490-1568
Also servicing The District of Columbia
and Virginia

April 28, 2011

Daniel M. Katzner
1025 Longwood Avenue
Bronx, NY 10459

In Re: Ahamad Aziz. Case number 10-16696

Dear Mr. Katzner,

      I represent US Bank National Association, as successor Trustee to Bank of America, National Association, (successor by merger to LaSalle Bank National Association) as Trustee for Morgan Stanley Mortgage Loan Trust 2006-7 in this bankruptcy proceeding. On April 14, 2011 we filed the Loss Mitigation Affidavit.

As of April 28, 2011 we have not received the following documentation needed for reviewing your client for a possible loan modification:

1. A copy of the Debtor(s)ᴄ two (2) most recent federal income tax returns;
2. A copy of the Debtor(s) last two (2) paycheck stubs, proof of social security income, pensions, or any other income received by the Debtor(s);
3. A copy of the Debtor(s)ᴄ businessᴄ two (2) most recent monthsᴄ Profit and Loss Statements, setting forth a breakdown of the monthly business income and expenses for the months of December 2010 and January 2010;
4. A copy of the Mortgagee's completed Financial Worksheet;
Proof of Second/Third Party Income by Affidavit of the party, including the partyᴄs last two (2) paycheck stubs;
5. IRS form 4506(t);
6. Making Homes Affordable RMA;

*This is a communication from a debt collector.*
*This letter may be an attempt to collect a debt and any information obtained will be used for that purpose.*

7. Dodd-Frank Certification;
8. 2 most recent months of Bank Statements;
9. Hardship Letter signed and dated;
10. Signed and dated statement with consent to escrow all taxes and insurance.

Please provide the above listed documents and if there are any questions please do not hesitate to ask.

Sincerely,

Jason E. Brooks