# THE LAW OFFICES OF DANIEL M. KATZNER, P.C.
## ATTORNEY & COUNSELLOR AT LAW
1025 LONGWOOD AVENUE
BRONX, NY 10459

TELEPHONE: (718) 589-3999  EMAIL:DANIELKATZNER@YAHOO.COM
FACSIMILE: (718) 589-3958  WEBSITE: WWW.KATZNERLAW.COM
*ALSO ADMITTED TO PRACTICE IN NEW JERSEY

June 8, 2011

The Honorable Shelley C. Chapman
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 504
New York, NY 10004

       **Re:** **Ahamad Aziz**
          **Case No. 10-16696 (SCC)**

Dear Judge Chapman

This letter is to provide the Court with an update on the status of the above referenced proceeding. The Confirmation Hearing and Motion to Avoid the Junior Lien on the Debtor's Primary Residence (the "Motion") were adjourned in order to provide more time for the Debtor and the second mortgage holder, Bank of America ("BOA"), to decide if an evidentiary hearing would be necessary to determine the value of the Debtor's primary residence (the "premises").

After the hearing, the Debtor made numerous attempts to contact the appraiser who prepared the valuation used for the Motion, but none of his calls were returned. The Debtor thereafter hired another appraiser who valued the property at $375,000.00 and who agreed to testify to his findings. As this appraisal is significantly below the $390,921.87 owed for the first mortgage, the Debtor has decided to go forward with the evidentiary hearing to determine if the second mortgage can be avoided. The parties are now in the process of scheduling the date for this hearing, which may take place on June 29, 2011 at 3:00 p.m.

The Debtor has provided all required documents to the Chapter 13 Trustee and is current with his plan payments. As soon as the Motion is resolved, it is anticipated this case will be ready to proceed to confirmation. As a result, it is respectfully requested that the Confirmation Hearing scheduled for June 16, 2011 be adjourned to July 14, 2011 at 10:00 a.m. or such other date as the Court deems appropriate.

Thank you for your consideration in this matter. If Your Honor has any questions, please do not hesitate to contact me.

        Respectfully submitted,

        /s/ Daniel M. Katzner
        Daniel M. Katzner, Esq. (DK9689)

cc.: Jodi L. Kava, Esq., Counsel to the Chapter 13 Trustee