# THE LAW OFFICES OF DANIEL M. KATZNER, P.C.
## ATTORNEY & COUNSELLOR AT LAW
1025 LONGWOOD AVENUE
BRONX, NY 10459

TELEPHONE: (718) 589-3999  EMAIL:DANIELKATZNER@YAHOO.COM
FACSIMILE: (718) 589-3958  WEBSITE: WWW.KATZNERLAW.COM
*ALSO ADMITTED TO PRACTICE IN NEW JERSEY

June 10, 2011

The Honorable Shelley C. Chapman
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 504
New York, NY 10004

        **Re:**    **Ahamad Aziz**
                 **Case No. 10-16696 (SCC)**

Dear Judge Chapman

This letter shall serve to verify that all matters in the above referenced proceeding scheduled for June 16, 2011, including the Confirmation Hearing and Loss Mitigation Status Conference, have been adjourned to **July 27, 2011 at 2:00 p.m.** This matter is being adjourned in order to coincide with the evidentiary hearing scheduled this same date regarding the Debtor's Motion to Avoid the Junior Lien on his residence.

Thank you for your consideration in this matter. If Your Honor has any questions, please do not hesitate to contact me.

                         Respectfully submitted,

                         /s/ Daniel M. Katzner
                         Daniel M. Katzner, Esq. (DK9689)