UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

AHAMAD AZIZ

Debtor(s).

Bk. No.: 10-16696
Chapter 13

## TRIAL STATEMENT

Natalie A. Grigg, Esq., attorney for Bank of America, N.A., submits the following in preparation for the evidentiary hearing scheduled for July 27, 2011:

## WITNESSES

1)  Wonwoo John Chang, NYS Certified Real Estate Appraiser. Mr. Chang will testify regarding the appraisal he prepared on March 10, 2011.  Mr. Chang is expected to testify based upon his knowledge and experience of appraising real estate, his appraisal of the subject property, as well as provide testimony regarding any proof submitted by the Debtor.

## EXHIBIT LIST

1)  Appraisal of Wonwoo John Chang dated March 10, 2011.

Dated: July 19, 2011

Natalie A. Grigg, Esq.
Steven J. Baum, P.C.
Attorneys for Bank of America, N.A.
220 Northpointe Parkway, Suite G
Amherst, NY 14228
(716) 204-2400