Daniel M. Katzner (DK9689)
The Law Offices of Daniel M. Katzner, P.C.
1025 Longwood Avenue
Bronx, NY 10459
Tel.: (718) 589-3999; Fax: (718) 589-3958
danielkatzner@yahoo.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

**AHAMAD AZIZ**                                   Case No. 10-16696 (SCC)

                     Debtor(s)

---------------------------------------------------------X

## TRIAL STATEMENT

The debtor, Ahamad Aziz (the "Debtor"), by and through his counsel, The Law Offices of Daniel M. Katzner, P.C., respectfully submits the following in preparation for the evidentiary hearing scheduled for July 27, 2011:


## WITNESSES

Michael H. Haynes, a New York State Certified Real Estate Appraiser. Michael H. Haynes will provide testimony about his appraisal dated May 20, 2011, as well as the appraisal of Wonwoo John Change, NYS Certified Real Estate Appraiser, dated March 10, 2011. Michael H. Haynes may also offer evidence as to the value of the property located at 1132 Beach Avenue, Bronx, New York, which both appraisers used as comparable listings in their report. Michael H. Haynes will testify based upon his knowledge and experience as a licensed real estate appraiser.

# EXHIBIT LIST

1) Appraisal of Michael H. Haynes dated May 20, 2011.

2) Deed transferring ownership of property located at 1132 Beach Avenue, Bronx, New York, dated May 14, 2010 and recorded on May 21, 2010 in the Office of the City Register, Bronx County.

3) Listing from Zillow.com for property located at 1132 Beach Avenue, Bronx, New York, dated July 19, 2011.

Dated: Bronx, New York
        July 22, 2011

                                                                                 /s/ Daniel M. Katzner
                                                                                 Daniel M. Katzner, Esq. (DK9689)
                                                                                 Counsel for the Debtor
                                                                                 1025 Longwood Avenue
                                                                                 Bronx, NY 10459
                                                                                 Tel.: (718) 589-3999