**Schedule of Time Records Setting Forth the Dates on which Services
Were Rendered, a Summary Description of Such Services, the
Time Spent Each Day Delivering Such Services and the Internal Category**

| Date | Description | Hours | Value | Category |
|---|---|---|---|---|
| 02/23 | Review of Objection to Plan filed by Bank of America | 0.2 | $40.00 | CASE ADMINISTRATION |
| 03/30 | Review of Opposition to Motion to Void Lien filed by Bank of America | 0.2 | $40.00 | CASE ADMINISTRATION |
| 03/31 | Telephone conversation w/ Debtor re: Opposition | 0.2 | $40.00 | CASE ADMINISTRATION |
| 04/06 | Preparation for hearing on Motion to Void Lien | 0.4 | $80.00 | ASSET PRESERVATION |
| 04/07 | Initial hearing on Motion to Void Lien | 0.2 | $40.00 | COURT PROCEEDING |
| 04/09 | Telephone conversation w/ Debtor re: contacting first appraiser | 0.2 | $40.00 | CASE ADMINISTRATION |
| 04/16 | Telephone conversation w/ Debtor re: new appraisal for Motion | 0.2 | $40.00 | CASE ADMINISTRATION |
| 05/10 | Telephone conversation w/ Michael Haynes, appraiser | 0.2 | $40.00 | CASE ADMINISTRATION |
| 05/10 | Email to Michael Haynes, appraiser | 0.1 | $20.00 | CASE ADMINISTRATION |
| 05/10 | Review of appraisal prepared by Michael Haynes, appraiser | 0.3 | $60.00 | CASE ADMINISTRATION |
| 06/07 | Telephone conversation w/ Natalie Grigg, Esq., counsel to Bank of America | 0.2 | $40.00 | ASSET PRESERVATION |
| 06/07 | Email to Ms. Grigg, Esq. of appraisal by Haynes | 0.1 | $20.00 | CASE ADMINISTRATION |
| 06/09 | Emails (3) to Pamela Mendoza re: scheduling of Evidentiary hearing | 0.2 | $40.00 | CASE ADMINISTRATION |
| 06/09 | Telephone conversation w/ Debtor | 0.1 | $20.00 | CASE ADMINISTRATION |

| Date | Description | Hours | Amount | Category |
|---|---|---|---|---|
| | re: scheduling hearing | | | |
| 06/09 | Telephone conversation w/ Mr. Haynes re: scheduling hearing | 0.1 | $20.00 | CASE ADMINISTRATION |
| 06/09 | Telephone conversation w/ Chambers re: scheduling hearing | 0.1 | $20.00 | CASE ADMINISTRATION |
| 06/13 | Telephone conversation w/ Chambers re: scheduling hearing | 0.1 | $20.00 | CASE ADMINISTRATION |
| 06/13 | Emails (4) to Ms. Mendoza, Ms. Grigg, Mr. Haynes & Debtor re: confirmation of evidentiary hearing date | 0.2 | $40.00 | CASE ADMINISTRATION |
| 06/19 | Initial research & preparation for evidentiary hearing | 0.9 | $180.00 | ASSET PRESERVATION |
| 06/26 | Preparation for evidentiary hearing (research of comps, detailed review of appraisals, research of standard questions in examinations of experts) | 1.8 | $360.00 | ASSET PRESERVATION |
| 07/02 | Preparation for evidentiary hearing (drafting direct and cross-examination questions) | 1.9 | $380.00 | ASSET PRESERVATION |
| 07/17 | Preparation for evidentiary hearing (finalizing questions for direct and cross-examination, copying of exhibits, further review of all appraisals and comps) | 2.2 | $440.00 | ASSET PRESERVATION |
| 07/18 | Telephone conversation w/ Debtor re: evidentiary hearing | 0.1 | $20.00 | CASE ADMINISTRATION |
| 07/19 | Review of Trial Statement filed by Bank of America | 0.1 | $20.00 | CASE ADMINISTRATION |
| 07/19 | Email to Mr. Haynes re: preparation for evidentiary hearing | 0.2 | $40.00 | CASE ADMINISTRATION |
| 07/21 | Email to Mr. Haynes re: questions for evidentiary hearing | 0.1 | $20.00 | CASE ADMINISTRATION |
| 07/21 | Emails (3) and telephone conversations (2) w/ Ms. Grigg re: testimony of appraisers | 0.3 | $60.00 | ASSET PRESERVATION |

| Date | Description | Hours | Amount | Category |
|---|---|---|---|---|
| | and documents to be submitted at hearing | | | |
| 07/21 | Drafting of Trial Statement | 0.3 | $60.00 | CASE ADMINISTRATION |
| 07/22 | Filing and service of Trial Statement with Court | 0.2 | $40.00 | CASE ADMINISTRATION |
| 07/25 | Telephone conversation w/ Mr. Haynes re: preparation for hearing | 0.7 | $140.00 | ASSET PRESERVATION |
| 07/26 | Emails (3) to Mr. Haynes re: hearing | 0.2 | $40.00 | ASSET PRESERVATION |
| 07/27 | Travel to and from evidentiary hearing | (1.5) | Not Billed | MISCALLANEOUS |
| 07/27 | Hearing on Motion to Void Lien | 2.0 | $400.00 | COURT PROCEEDING |
| 08/01 | Emails (2) to Ms. Grigg re: transcript of hearing | 0.1 | $20.00 | CASE ADMINISTRATION |
| 08/02 | Telephone conversations (2) w/ Court & TypeWrite services re: transcript of hearing | 0.3 | $60.00 | CASE ADMINISTRATION |
| 08/08 | Review of transcript from evidentiary hearing | 0.5 | $100.00 | ASSET PRESERVATION |
| 08/09 | Emails (5) w/ Ms. Grigg re: timeframe for submission of briefs | 0.2 | $40.00 | CASE ADMINISTRATION |
| 08/20 | Research & initial drafting of Brief in Support of Motion | 1.8 | $360.00 | ASSET PRESERVATION |
| 09/04 | Drafting of Brief in Support of Motion | 2.6 | $520.00 | ASSET PRESERVATION |
| 09/10 | Review, revision and finalizing of Brief in Support of Motion | 1.4 | $280.00 | ASSET PRESERVATION |
| 09/11 | Copying of Brief in Support of Motion | 0.2 | $40.00 | CASE ADMINISTRATION |
| 09/16 | Filing and service of Brief in Support of Motion | 0.2 | $40.00 | ASSET PRESERVATION |
| 09/16 | Review of Brief in Opposition submitted by Ms. Grigg | 0.3 | $60.00 | CASE ADMINISTRATION |
| 11/18 | Review of Memorandum of Decision entered by Court | 0.3 | $60.00 | CASE ADMINISTRATION |

| Date | Description | Hours | Amount | Category |
|---|---|---|---|---|
| 11/21 | Drafting of Notice of Settlement and revisions to proposed Order approving Motion | 0.4 | $80.00 | CASE ADMINISTRATION |
| 11/22 | Filing and service of Notice of Settlement of proposed Order granting Motion | 0.3 | $60.00 | CASE ADMINISTRATION |
| | | **22.9** | **$4,580.00** | |