## Summary of Expenses

| Date | Description | Amount | Category |
|---|---|---|---|
| 08/08/2011 | Transcript of Hearing | <u>$108.00</u> | CASE ADMINISTRATION |
| | **Total Disbursements:** | $108.00 | |

**TypeWrite Word Processing Service**
211 N. Milton Road
Saratoga Springs, NY 12866
518-581-TYPE or 718-966-1401
Fax # 518-207-1901 or 718-967-4843

| DATE | INVOICE # | |
|---|---|---|
| 8/8/2011 | 16176 | WB |

**BILL TO:**

Law Offices of Daniel M. Katzner PC
Daniel M. Katzner, Esq.
1025 Longwood Avenue
Bronx, NY 10459
718-589-3999

# Invoice

PREPARED BY:   Shari
JUDGE:   S Chapman
REMARKS:   Daily
RE:   SDNY
DC#:

| HEARING DATE | 7/27/2011 |
|---|---|
| DATE ORDERED | 8/5/2011 |

| CASE NAME | CASE NO. | PAGES | PER PA... | AMOUNT |
|---|---|---|---|---|
| In re: Aziz | 10-16696 | 90 | 1.20 | 108.00 |

**Total Due**   $108.00

**PAYMENT SHOULD BE MADE TO TYPEWRITE WORD PROCESSING SERVICE DIRECTLY TO THE ADDRESS ABOVE**
Pay online at:: https://ipn.intuit.com/74stmkjq

Order Online: www.typewp.com