**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:

**AHAMAD AZIZ**                                    **Case No. 10-16696 (SHL)**

Debtor(s)

-----------------------------------------------------------X

## ORDER GRANTING APPLICATION FOR ALLOWANCE OF
## FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Application for Allowance of Final Compensation and

Reimbursement of Expenses (the "Application") for professional services rendered and expenses

incurred during the period commencing February 23, 2011 through November 22, 2011; and a

hearing having been held before this Court to consider the Application on January 5, 2012; and

notice having been giving pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(7) and

(c)(2); and due consideration having been given to any responses thereto; and sufficient cause

having been shown therefor, it is hereby

**ORDERED** that the Application is granted to the extent set forth in Schedule "A."

Dated: New York, New York
      January 20, 2012

                    /s/ Sean H. Lane

                 _____
                 HONORABLE SEAN H. LANE
                 UNITED STATES BANKRUPTCY JUDGE

**Case No.**      **10-16696 (SHL)**
**Case Name:**  **In re: Ahamad Aziz**

**CURRENT FEE PERIOD: February 23, 2011 to November 22, 2011**

| APPLICANT | DATE/DOCUMENT NO. OF APPLICATION | FEES REQUESTED | FEES AWARDED | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|
| The Law Offices of Daniel M. Katzner, P.C. | December 12, 2011 / Document No. | $4,580.00 | $4,580.00 | $108.00 | $180.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**SCHEDULE A(1)**               **DATE:** <u>January 20, 2012</u>
**INITIALS:** <u>SHL</u> USBJ

**Case No.**    **10-16696 (SHL)**
**Case Name:**   **In re: Ahamad Aziz**

## SUMMARY: ALL FEE PERIODS
## (INCLUDING THIS PERIOD)

| APPLICANT | TOTAL FEES REQUESTED * | TOTAL FEES AWARDED ** | TOTAL EXPENSES REQUESTED | TOTAL EXPENSES AWARDED |
|---|---|---|---|---|
| The Law Offices of Daniel M. Katzner, P.C. | $4,580.00 | $4,580.00 | $108.00 | $180.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

\* Includes fees previously requested but not awarded (held back fees).
\*\* Fees held back are treated as not having been awarded.

**SCHEDULE A(2)**                **DATE: January 20, 2012**
**INITIALS: SHL  USBJ**